FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2013 OCT 30  AM 10: 53

CLERK
SO. DIST. OF GA.

GARRETT KINARD,            )
                          )
        Petitioner,       )
                          )
v.                        )        CASE NO. CV413-209
                          )
CHRIS HILL, Warden, Bullock )
County Jail,              )
                          )
        Respondent.       )
_____)

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed.  After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case.  Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to the United States District Court for the Middle District of Georgia, Columbus Division.  Upon transfer, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this _30th_ day of October 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA